UNION BANK OF BROOKLYN v. KANTURK REALTY CORPORATION
et al.

(Supreme Court, Special Term, Kings County.    April, 1911.)

BANKS AND BANKING (§ 77*)—LIQUIDATION—ACTION BY SUPERINTENDENT OF
BANKS—COUNTERCLAIM—VERIFICATION.

Under Banking Law (Consol. Laws 1909, c. 2) § 19,. providing for
liquidation of the affairs of banks through the Superintendent of Banks,
who may appoint deputies to assist him therein, and giving him power
to collect money due the bank, which he can do by action in the name
of the bank, a verified counterclaim, requiring a verified reply, being
interposed, he or his deputy is vested with power, as an agent of the
bank, for verifying and interposing the reply.

[Ed. Note.—For other cases, see Banks and Banking, Dec. Dig. § 77.*]

Action by the Union Bank of Brooklyn against the Kanturk Realty
Corporation and another.    Heard on motion.    Motion granted.

Rollins & Rollins (Allen P. Hallett, of counsel), for plaintiff.

Smith, Doughty & Weynberg (David H. M. Weynberg, of counsel),
for defendant Kanturk Realty Corporation.

BLACKMAR, J.    The same power which prescribed the method of
verifying pleadings, namely, the Legislature, also enacted section 19
of the banking law (Consol. Laws 1902, c. 2), and they must be read
together.    Section 19 provides for the liquidation of the affairs of the
bank through the Superintendent of Banks, who may appoint special
deputy superintendents to assist him in the duty of liquidation and dis-
tribution.    The Superintendent is given power to collect moneys due to
the bank.    This he may do by suits at law in the name of the corpora-
tion.    Lafayette Trust Company v. Higginbotham, 136 App. Div. 747,
121 N. Y. Supp. 489.

As he has the power to collect moneys, he also has the power to de-
fend against counterclaims set up in suits for the collection of such
moneys; and, if a verified counterclaim requires a verified reply, it
necessarily follows that the Legislature created the Superintendent or
his deputy an agent of the corporation for this necessary step in the
collection of the assets.    If this be not so, the Superintendent would be
unable to defend against a counterclaim against the wishes of the of-
ficers of the bank, who might refuse to verify a reply.    As the Super-
intendent is given power to collect the assets, he is by necessary impli-
cation vested with all the powers necessary to be exercised in the per-
formance of his duties.    Among these is the power to interpose a re-
ply to a verified claim in an action brought by him in pursuance of his
duty in liquidating the affairs of the bank.

Motion granted, but, as the question seems to be a new one, without
costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes